UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE G. STONE,

Plaintiff,

v.

Case No. 24-cv-12438
Hon. Matthew F. Leitman

SGT. KATLIN REED,

Defendant.

______________________________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 30); (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 25); AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 28)**

Plaintiff Kyle G. Stone is a state prisoner currently in the custody of the Michigan Department of Corrections. In this action, Stone alleges that Defendant Katlin Reed violated his Eighth Amendment rights when she put a spit mask over his face after he had spit on another officer. (*See* Compl., ECF No. 1.)

Now pending before the Court are the parties' cross-motions for summary judgment. (*See* Reed Mot., ECF No. 25; Stone Mot., ECF No. 28.) The motions were referred to the assigned Magistrate Judge. On October 14, 2026, the Magistrate Judge issued a report and recommendation in which he recommended that the Court grant Reed's motion and deny Stone's motion (the "R&R"). (*See* R&R, ECF No. 39.) At the conclusion of the R&R, the Magistrate Judge informed the parties that

if they wished to file an objection to his recommendations, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.159.)

Stone has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (explaining that where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Stone has failed to file any objections to the R&R**, IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Reed's motion and deny Stone's motion is **ADOPTED**. Reed's motion for summary judgment (ECF No. 25) is therefore **GRANTED**, and Stone's motion for summary judgment (ECF No. 28) is **DENIED.** This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126